**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant, CHARLIE STEVENSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00176/ 1:16-CR-00187 |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | |
| CHARLIE STEVENSON | Sentencing Date: November 18, 2019 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for **November 18, 2019 at 10:00 am, may be continued to February 10, 2020.**

The continuance is requested by counsel for Defendant, **CHARLIE STEVENSON** as Attorney Daniel L. Harralson by this Stipulation is asking authority from the Court to perform work necessary to present all relevant sentencing issues to the Court.

\\\
\\\
\\\

DATED: September 24, 2019     Respectfully Submitted,

**DANIEL L. HARRALSON ATTORNEY AT LAW**

   /s/ Daniel Harralson
DANIEL L. HARRALSON
Attorney for Defendant

DATED: September 24, 2019     **UNITED STATES ATTORNEYS OFFICE**

   /s/ Kimberly A. Sanchez
KIMBERLY A. SANCHEZ
Assistant United States Attorney

-------------------------------------------------------------------------

# ORDER
-----

*IT IS SO ORDERED.* Time is excluded in the interests of justice pursuant to 18 U.S.C.§3161 (h)(7)(A) and (B)

IT IS SO ORDERED.

Dated:   **September 24, 2019**

UNITED STATES DISTRICT JUDGE