**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant, CHARLIE STEVENSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.: 1:16-CR-00176 AND 1:16-CR-00187 |
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| vs. | ) **SENTENCING HEARING; ORDER** |
| CHARLIE STEVENSON | ) Sentencing Date: February 10, 2020 |
| Defendant. | ) Time: 10:00 a.m. |
| | ) Judge: Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for **February 10, 2020 at 10:00 am, may be continued to March 9, 2020.**

The continuance is requested by counsel for Defendant, **CHARLIE STEVENSON** as Attorney Daniel L. Harralson by this Stipulation is asking authority from the Court to perform work necessary to present all relevant sentencing issues to the Court.

\\\
\\\
\\\
\\\
\\\

-1

DATED: February 5, 2020         Respectfully Submitted,
                                **DANIEL L. HARRALSON ATTORNEY AT LAW**

                                  /s/ Daniel Harralson
                                DANIEL L. HARRALSON
                                Attorney for Defendant


DATED: February 5, 2020         **UNITED STATES ATTORNEYS OFFICE**


                                  /s/ Kimberly A. Sanchez
                                KIMBERLY A. SANCHEZ
                                Assistant United States Attorney


---------------------------------------------------------------------

**ORDER**

IT IS ORDERED that sentencing in this matter is continued from February 10, 2020, to March 9, 2020, at 10 am.


IT IS SO ORDERED.

Dated: **February 7, 2020**                     _Dale A. Drozd_
                                          UNITED STATES DISTRICT JUDGE