**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant, CHARLIE STEVENSON

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:16-CR-00176/ 1:16-CR-00187 |
| Plaintiff, | **STIPULATION TO CONTINUE** |
| vs. | **SENTENCING HEARING; ORDER** |
| CHARLIE STEVENSON | Sentencing Date: June 29, 2020 |
| | Time: 10:00 a.m. |
| Defendant. | Judge: Dale A. Drozd |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the sentencing hearing in the above captioned matter now set for **June 29, 2020, at 10:00 am, may be continued to July 31, 2020.**

The continuance is requested by counsel for Defendant, **CHARLIE STEVENSON** as Attorney Daniel L. Harralson by this Stipulation is asking authority from the Court to perform work necessary to present all relevant sentencing issues to the Court.

\\\
\\\
\\\

DATED: June 17, 2020          Respectfully Submitted,

                                         **DANIEL L. HARRALSON ATTORNEY AT LAW**

                                         /s/ Daniel Harralson

                                         DANIEL L. HARRALSON

                                         Attorney for Defendant

DATED: June 17, 2020          **UNITED STATES ATTORNEYS OFFICE**

                                         /s/ Kimberly A. Sanchez

                                         KIMBERLY A. SANCHEZ

                                         Assistant United States Attorney

## **O R D E R**

    IT IS SO FOUND AND ORDERED that the above Stipulation to continue the currently scheduled Sentencing date of June 29, 2020; and to set a new Sentencing date of July 27, 2020, or at a time that is convenient to the court, is hereby approved.

IT IS SO ORDERED.

    Dated: **June 18, 2020**          _____
                                                             UNITED STATES DISTRICT JUDGE