| | |
|---|---|
| 1 | McGREGOR W. SCOTT |
| | United States Attorney |
| 2 | KIMBERLY A. SANCHEZ |
| | Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 497-4000 |
| | Facsimile:  (559) 497-4099 |

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 1:16-CR-000176 DAD |
|---|---|
| Plaintiff, | 1:16-CR-00187 DAD |
| v. | STIPULATION TO CONTINUE SENTENCING |
| CHARLIE STEVENSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Victor Chavez, counsel for the defendant, that the sentencing set for, July 27, 2020 before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to August 17, 2020.  The parties need additional time to conclude investigation and filing exhibits and responses related to sentencing.

1

| | |
|---|---|
| Dated: July 23, 2020 | Respectfully submitted,<br><br>McGREGOR W. SCOTT<br>United States Attorney<br><br>By    /s/ Kimberly A. Sanchez<br>KIMBERLY A. SANCHEZ<br>Assistant U.S. Attorney |
| Dated: July 23, 2020 | /s/ Daniel Harralson<br>DANIEL HARRALSON<br>Attorney for Defendant |

**ORDER**

IT IS SO ORDERED.

Dated:   **July 24, 2020**                              _____
UNITED STATES DISTRICT JUDGE

2