McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>CHARLIE STEVENSON,<br><br>　　　　　　　Defendant. | No. 1:16-CR-000176 DAD<br>　　　1:16-CR-00187 DAD<br><br>STIPULATION TO CONTINUE SENTENCING; ORDER |

　　　　IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Victor Chavez, counsel for the defendant, that the sentencing set for, September 28, 2020 before the Honorable Dale A. Drozd, U.S. District Court Judge, be continued to January 11, 2021 at 10:00 a.m. for the following reasons:

　　　　1.　The defendant is consulting with counsel regarding the many serious issues that arose at the August 17, 2020, hearing – COVID 19 and the attendant logistical complexities, including those related to communication between defense counsel and the defendant – added to the time necessary to address this;

1

2. The defendant's family has retained additional counsel to review and consult with the defendant's counsel;

3. It will take considerable time for newly retained counsel to familiarize himself with this case; and

4. The scheduled and current professional and personal commitments of the family retained defense counsel and the assigned prosecutor dictate that a continuance of shorter length would be insufficient to prepare for future proceedings in this case.

Dated: September 21, 2020                                  Respectfully submitted,

                                                          McGREGOR W. SCOTT
                                                          United States Attorney

                                               By    /s/ Kimberly A. Sanchez
                                                     KIMBERLY A. SANCHEZ
                                                     Assistant U.S. Attorney

Dated: September 21, 2020                              /s/ Daniel Harralson
                                                     DANIEL HARRALSON
                                                     Attorney for Defendant

**ORDER**

**IT IS SO ORERED** that the sentencing hearing set for Monday, September 28, 2020 be continued to Monday, January 11, 2021 at 10:00 am in Courtroom 5.

IT IS SO ORDERED.

Dated:   **September 21, 2020**            _____
                                           UNITED STATES DISTRICT JUDGE