KEVIN G. LITTLE, SBN 149818
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: kevin@kevinlittle.com

Attorneys for Defendant CHARLIE STEVENSON

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, CRIMINAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:16-CR-00176 DAD BAM<br>CASE NO. 1:16-CR-00187 DAD BAM |
| Plaintiff, | STIPULATION RE: CONTINUANCE OF MOTION<br>AND SENTENCING HEARING AND ORDER |
| v. | |
| CHARLIE STEVENSON, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Charlie Stevenson, by and through defendant's counsel of record, hereby stipulate as follows:

1. A motion and sentencing hearing is currently scheduled to take place in this matter on **May 17, 2021, at 9:00 a.m.**

2. There is good cause to continue this hearing for three weeks, to and until **June 14, 2021**. Defendant's counsel recently completed a month-long Tulare County homicide trial, *People v. Atkinson*, No. VCF272175, which lasted from March 22 to April 16, 2021 and regarding which time sensitive post-mistrial motions had to be prepared to be heard on May 4, 2021. Additionally, Mr. Stevenson is undergoing a psychological assessment being performed by Tamar Kenworthy, Psy.D, of K & L Clinical Forensic, for purposes of the pending motion to withdraw and also sentencing, but that assessment has been delayed due to the defendant's intermittent quarantine status at the Fresno County

1

Jail during the past two months. Furthermore, there has been difficulty in obtaining some of the defendant's files, which has made caused delays in providing Dr. Kenworthy with materials and also fully preparing for the sentencing hearing.

3. The parties are in further agreement that the time for filing sentencing pleadings shall be governed by the Eastern District Local Rules based on the new sentencing date, and that the defendant's reply brief in support of his motion to withdraw his plea shall be filed on or before **May 31, 2021**. Additionally, the government will have until **June 7, 2021**, to file any response to defendant's reply brief.

4. The parties agree that the requested continuance is justified under the circumstances and would serve the ends of justice, and that failure to grant the requested continuance would unreasonably deny the defendant the assistance of counsel, and unreasonably deny both the defendants and the government the reasonable time necessary for effective preparation, considering the parties' due diligence in prosecuting this case.

IT IS SO STIPULATED.

Dated: May 5, 2021

PHILLIP A. TALBERT
United States Attorney

/s/ CHRISTOPHER D. BAKER
CHRISTOPHER D. BAKER
Assistant United States Attorney

Dated: May 5, 2021

/s/ KEVIN LITTLE
KEVIN G. LITTLE
Counsel for Defendant
CHARLIE STEVENSON

## FINDINGS AND ORDER

GOOD CAUSE APPEARING, the motion and sentencing hearing in this matter is hereby continued to **June 14, 2021, at 9:00 a.m.** Any sentencing related pleadings shall be filed in accordance with the Eastern District Local Rules based on the new sentencing date, and the defendant's reply brief in support of his pending motion to withdraw his plea shall be filed no later than May 31, 2021, and any responsive brief by the government shall be filed no later than June 7, 2021.

IT IS SO ORDERED.

Dated: **May 6, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE